UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MT. HAWLEY INSURANCE CO.,                                          :
:
                Plaintiff,                                :
:     23-cv-2342 (LJL)
    -v-                                                         :
:     <u>ORDER</u>
BUCKEYE REAL ESTATE INVESTMENTS LLC,                               :
:
                Defendant.                                :
:
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/29/24___

LEWIS J. LIMAN, United States District Judge:

      The Court entered default judgment in favor of Mt. Hawley Insurance Company ("Plaintiff") on January 29, 2024. Dkt. No. 30. On February 14, 2024, Buckeye Real Estate Investments LLC ("Defendant") moved to vacate the default judgment. Dkt. No. 31. On February 28, Plaintiff informed the Court that it intended to oppose Defendant's motion, but because the parties were engaged in settlement discussions, Plaintiff requested an extension to oppose the motion until March 13, 2024. Dkt. No. 36. Defendant did not oppose the motion. However, the Court has received neither a notice of settlement nor Plaintiff's opposition to Defendant's motion to vacate. It appears, then, that Defendant's motion to vacate is unopposed. The parties are directed to apprise the Court of the status of the settlement negotiations and the case more broadly by Wednesday, April 3, and whether a decision is still required on the motion to vacate.

      SO ORDERED.

Dated: March 29, 2024
       New York, New York

                                                      LEWIS J. LIMAN
                                                      United States District Judge