UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                   :

MT. HAWLEY INSURANCE CO.,               :

                                   :

            Plaintiff,             :

                                   :               23-cv-2342 (LJL)

      -v-                      :

                                   :                  ORDER

BUCKEYE REAL ESTATE INVESTMENTS LLC,   :

                                   :

            Defendant.        :

                                   :
------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Plaintiff Mt. Hawley Insurance Co. ("Plaintiff" or "Mt. Hawley") initiated this case by complaint filed March 20, 2023. Dkt. No. 1. On October 30, 2023, Plaintiff filed a motion for default judgment against Defendant Buckeye Real Estate Investments, LLC ("Defendant" or "Buckeye"). Dkt. No. 29.

On July 23, 2024, the Court issued an order vacating the default judgment. Dkt. No. 46. The Court found that Plaintiff's service was not proper under Florida law because it failed to first exercise the reasonable diligence required by Florida Statutes Section 48.062 prior to resorting to service on Defendant's agent via the Florida Secretary of State. Dkt. No. 42 at 13. The Court found that Plaintiff failed to follow obvious leads to identify an address for service, including emailing counsel for Defendant in the Bush action or asking Defendant's agent during a mediation in the Bush action. *Id.* at 13–14. Accordingly, the Court vacated the default judgment pursuant to Federal Rule of Civil Procedure 60(b)(4) without reaching the discretionary factors under Rule 60(b). *Id.* at 7; Fed. R. Civ. P. 60(b).

There has been no activity in this case since the Court's order. The parties shall file a letter by April 15, 2026 providing the Court with an update on the case status and indicating why

the Court should not dismiss the complaint without prejudice for failure to prosecute and close the case.

SO ORDERED.

Dated: March 31, 2026
New York, New York

_____
LEWIS J. LIMAN
United States District Judge

2