UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

MT. HAWLEY INSURANCE CO.,

                     Plaintiff,

      -v-

BUCKEYE REAL ESTATE INVESTMENTS LLC,

                     Defendant.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/17/2026

23-cv-2342 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On consent of the parties, this case is dismissed without prejudice, each side to bear its own costs.

SO ORDERED.

Dated: April 17, 2026
      New York, New York

                                       LEWIS J. LIMAN
                            United States District Judge